AO 451 (Rev. 12/93) Certification of Judgment

**FILED**
**FEBRUARY 29, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

PAUL STAFFORD, et al.,

    Plaintiff,

V.

VICMINE MEEKS CHAVIS & ASSOCIATES,

    Defendant.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 1:07-cv-1336-RLY-WTL

**08 C 1226**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE KEYS**

I, _____Laura A. Briggs_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __January 17, 2008__,
                                                                                                                          Date

as appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4a of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

February 25, 2008
Date

Clerk [signature]

(By) Deputy Clerk [signature]

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL STAFFORD and<br>MARY STAFFORD,<br><br>            Plaintiffs,<br><br>vs.<br><br>VICMINE, MEEKS, CHAVIS<br>& ASSOCIATES, INC.<br><br>            Defendant. | 1:07-CV-1336-RLY-WTL |

## ORDER

This matter having come before the Court on Plaintiffs' motion for entry of Judgment and Award of Damages, with the Court being fully and otherwise advised—

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. Accordingly, the Clerk of this Court is DIRECTED to enter judgment in favor of Plaintiffs and against Defendant, for $1,000.00, plus attorney's fees and costs of $1,675.33, pursuant to 15 U.S.C. § 1692k.

Counsel for plaintiff is DIRECTED to immediately serve upon Defendant a copy of this Order, through first class and certified mail.

DATED: 01/17/2008

ENTER: _____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana