IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL STAFFORD and MARY STAFFORD, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 1226 |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | Magistrate Judge Keys |
| VICMINE, MEEKS, CHAVIS | ) | |
| & ASSOCIATES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Plaintiffs Paul Stafford and Mary Stafford, through their attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby states they have received a total of $2,675.33, constitutes total satisfaction of the judgment entered on January 17, 2008 in the United States District Court for the Southern District of Indiana, inclusive of all fees, costs and expenses.

Respectfully submitted,


s/Michelle R. Teggelaar


Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Michelle R. Teggelaar, hereby certify that on July 25, 2008, **SATISFACTION OF JUDGMENT** was filed electronically using the Court's CM/ECF system. Notice will be sent via United States Mail to the following party:

**Via USPS:**
Vicmine, Meeks, Chavis & Associates, Inc.,
c/o registered agent: G. Galloway,
1701 S. First Avenue, Suite 201
Maywood, IL 60153


                                s/Michelle R. Teggelaar

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)